UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In the matter of:

| | |
|---|---|
| David Lewi-Emmanuel Stockman | Case No. 26-20982-dob<br>Chapter 7 |
| Debtor. | Hon. Daniel S. Opperman |

______________________________________/

Michigan Institute of Forensic Science & Medicine, P.C.
Plaintiff/Counter-Defendant,

vs. Case No. 26-2044-dob

Russell L. Bush, M.D., MPH,
Defendant/Counter-Claimant,
and

David L. Stockman, M.D.
Counter-Defendant
______________________________________/

**NOTICE AND ORDER IN CONNECTION WITH REMOVED PROCEEDING**

To the extent the parties have not already complied therewith, your attention is specifically called to:

(1) Fed. R. Bankr. P. 9027(e)(3) requiring the party, other than the party filing the notice of removal, to file the required statement within the indicated time;

(2) Fed. R. Bankr. P. 9027(b), (c) and (g) relating to required service of certain papers and pleadings; and

(3) Fed. R. Bankr. P. 9027 (e)(2) with reference to which the Court is hereby requiring that a docket plus all process and pleadings in the removed action filed in the court from which the case was removed, be filed with the Bankruptcy Court within thirty (30) days.

If a party chooses to file a Motion for Remand, pursuant to Fed. R. Bankr. P. 9027(d) should be filed as soon as possible, but in any event within fourteen days from the date of this notice.

Depending on the status of the matter and absent circumstances indicating otherwise, a Mandatory Discovery and Case Scheduling Order or other order deemed appropriate will be issued in this case within approximately thirty days from the date of this notice.

**Signed on October 20, 2026**

**/s/ Daniel S. Opperman**

**Daniel S. Opperman**
**United States Bankruptcy Judge**